IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PRINCE' AMELIO MASON
WINDSOR, I,

      Plaintiff,                                Civ. No. 2:24-cv-00099-CL

      v.                                         ORDER

SGT. A. CAMPOS, S. RENN,
B. IRVING, and N. SOBOTTA,

      Defendants.

_____

MCSHANE, Judge:

      Magistrate Judge Mark Clarke filed a Findings and Recommendation (#40), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (#40) is adopted. Defendants' Motion for summary judgment (#29) is GRANTED.

IT IS SO ORDERED.

      DATED this 26th day of March, 2025.

                                                                    /s/ Michael J. McShane
                                                                        Michael McShane
                                                                  United States District Judge